# AFFIDAVIT
## of
## SEAN McDERMOTT
## SPECIAL AGENT
## FEDERAL BUREAU OF INVESTIGATION

I, Sean McDermott, being first duly sworn, do depose and state that:

1. I am a Special Agent (S/A) with the Federal Bureau of Investigation (FBI), and am assigned to the Jefferson City, Missouri Resident Agency. I have been an S/A with the FBI for approximately thirteen (13) years, during which time my investigations have included human trafficking and crimes against children. As an S/A, I am authorized to investigate violations of laws of the United States, and to execute warrants issued under the authority of the United States.

2. This affidavit is in support of a search warrant for data attributable to the Google Account ID associated with email address anthonyhodges047@gmail.com including, but not limited to: IP addresses, login dates and times, subscriber registration information, account status, associated email addresses, phone numbers, photographs, videos and e-mail content, and any evidence pertaining to the sexual exploitation of children, in violation of Title 18, United States Code, Sections 2251 and 2252.

3. This affidavit is based upon information I have gained from my investigation, my training and experience, as well as information obtained from conversations with other law enforcement officers. Since this affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that evidence of violations of Title 18, United States Code, Sections 2251 and 2252, are located within the Google Account ID associated with email address anthonyhodges047@gmail.com.

4. On January 15, 2017, Rodney Nettles and Shelby Marsh, who reside together in Fulton, Missouri, entered the Fulton Police Department (FPD) and turned in an Alcatel One Touch PICI Avion, Model A5470BL, cellular telephone they found abandoned in their driveway. Prior to reporting the incident to law enforcement, these residents powered on the phone in an attempt to identify the owner. Upon trying to locate the owner of the cellular phone, they discovered images of nude female children engaged in sexual conduct, as well as nude female children displayed in a lewd and lascivious manner. The FPD viewed these images and believed the nude female children were between the age of 7 and 8. Nettles reported he believed the phone belonged to ANTHONY HODGES. Nettles reported that, when trying to locate an owner for the phone, he opened up the Facebook icon on the cellular phone and observed there was a Facebook page for HODGES.

5. Boone County Sheriff's Detective Andy Evans took possession of the abandoned cellular phone from the FPD, and applied for a search warrant to forensically examine it. The subsequent examination revealed 494 images, many of which appeared to be child pornography. A large number of these images appeared to be visually matching duplicates, though their hash values were different, likely due to varying image sizes. The forensic examiner specifically noted 92 images of apparent child pornography that were easily accessible to the user of this device. The majority of these images depicted the lascivious display of female genitals, though at least one image also showed a juvenile female partaking in a sexual act with an adult. The subjects depicted all appeared to be prepubescent, ranging between approximately 4 to 12 years of age. The forensic examiner noted that 5 of these images appeared to be visual duplicates, leaving approximately 87 unique images of apparent child pornography. Created dates for the images within this bookmark ranged between December 5, 2016, and January 12, 2017.

6. The forensic examiner reported that information contained within the examined phone associated it to ANTHONY HODGES with email address anthonyhodges047@gmail.com.

7. The forensic examination further revealed an MMS message stored within the phone where, on January 12, 2017, the user sent contact "D s" a single image depicting apparent child pornography with the text, "Sweet so sweet." Within this device, contact "D s" was associated to phone number (573) 544-5864.

8. On February 8, 2017, Detective Evans and I interviewed HODGES at the Probation and Parole office in Callaway County. Within this recorded interview, HODGES confirmed he previously owned an Alcatel Cellular Smart Phone that he had purchased with a $45 monthly data and phone plan. HODGES reported this cellular phone had been stolen and/or was missing, and he had not seen it since approximately January 18, 2017. HODGES indicated that justalittletolate@gmail.com was the first email account he ever created, and that anthonyhodges047@gmail.com was his most recent email account.

9. At this point in the interview, Detective Evans read HODGES his *Miranda* warning from an Advice of Rights form. HODGES signed the form stating he understood his *Miranda* warning and wished to continue speaking with investigators. Detective Evans advised HODGES that his Google Photos account associated with his Gmail account of justalittletolate@gmail.com was reported for containing nude images of children. HODGES admitted finding child pornography images of children online and storing them on his Google Photos account. HODGES reported he located the child pornography images on the Internet from a variety of websites. HODGES claimed he was unaware it was illegal to search for and maintain images of child pornography. HODGES reported he had been viewing child pornography images for approximately two to three years.

3

10. HODGES was aware Google shut down his Google Photos account associated with justalittletolate@gmail.com. HODGES estimated there were a couple hundred images of child pornography in this account prior to Google shutting it down. HODGES admitted using the Alcatel One Touch PICI Avion, Model A5470BL, cellular telephone for searching, maintaining and distributing child pornography images. HODGES admitted to sending unsolicited child pornography images to an individual named Dwane Braden.

11. Detective Evans and I interviewed Leonard Dwayne Braden on February 8, 2017, who reported he utilized cellular telephone number (573) 544-5864. Braden reported he received pornographic images of prepubescent females from HODGES via cellular telephone text on several occasions, and as recently as approximately two weeks before this interview. Braden did not solicit these images, and repeatedly told HODGES to stop sending him child pornography. Braden repeatedly warned HODGES it was illegal to possess child pornography, but HODGES did not listen to him.

12. A preservation letter for the Google Photos account associated with anthonyhodges047@gmail.com was sent to Google on February 1, 2017.

## Conclusion

13. Based upon the foregoing, I assert that probable cause exists that email account anthonyhodges047@gmail.com, and the Google services linked to the Google Account ID associated with this account, contain depictions or evidence of minors engaged in sexually explicit conduct, in violation of Title 18, United States Code, Sections 2251 and 2252.

14. The facts set forth in this affidavit are true and correct to the best of my knowledge and belief.

Further, Affiant sayeth not.

_____
**Sean McDermott**, Special Agent
Federal Bureau of Investigation

Sworn to and subscribed before me on this, the 14th day of March, 2017.

_____
**Matt J. Whitworth**
United States Magistrate Judge

5